UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WILLIS MARCEL WILLIAMS,

    Petitioner,

v

WILLIE O. SMITH,

    Respondent.
_____/

Case No. 5:06-cv-171

HON. JANET T. NEFF

## **FINAL ORDER**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that Petitioner's Objections (Dkt 27) are DENIED and the Report and Recommendation (Dkt 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: February 10, 2010            /s/ Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge